IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOAPROJECTS INC,

        Plaintiff,

v.

MURDOCK MARTELL,

        Defendant.
                                    /

No. C 09-00200 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>September 18, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 29, 2010</u>.

DESIGNATION OF EXPERTS: pltf. <u>2/8/10</u>; deft. <u>2/22/10</u>
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 12, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 2, 2010</u>;

    Opp. Due <u>April 16, 2010</u>; Reply Due <u>April 23, 2010</u>;

    and set for hearing no later than <u>May 7, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 13, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 26, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Court's mediation program. The mediation session shall occur by July 31, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                          SUSAN ILLSTON
                                          United States District Judge