```
1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   WARREN J. KRAUSS    (Bar No. 49568)
2  ROGER W. SLEIGHT    (Bar No. 34818)
   SIGRID IRÍAS        (Bar No. 129319)
3  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  MURDOCK MARTELLI, INC.

7  WINSTON & STRAWN LLP
   ANDREW P. BRIDGES (Bar No. 122761)
8  PATRICK M. RYAN    (Bar No. 203215)
   101 California Street, Suite 3900
9  San Francisco, CA 94111
   Telephone: (415) 591-1000
10 Facsimile: (415) 591-1400

11 Attorneys For Defendant and Counter-Claimant
   MURDOCK MARTELL
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOAPROJECTS, INC., | CASE NO. CV-09-0200 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| MURDOCK MARTELL, | |
| Defendant. | |
| AND RELATED COUNTER-CLAIM. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff/counter-defendant SOAProjects, Inc. and defendant/counterclaimant MURDOCK MARTELL, INC., through their respective attorneys of record herein, that this entire action, including the complaint and the counter-claim, shall be DISMISSED WITH PREJUDICE as to all parties, each party to bear his or its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**DHILLON & SMITH LLP**

DATED: August 19, 2009

_____
HARMEET DHILLON
Attorneys for Plaintiff and Counter-defendant

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

DATED: Aug 24, 2009

_____
WARREN J. KRAUSS
Attorneys for Defendant

**WINSTON & STRAWN LLP**

DATED:_____

_____
ANDREW P. BRIDGES
Attorneys for Defendant and Counter-claimant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
HONORABLE SUSAN ILLSTON
United States District/Magistrate Judge

1  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff/counter-defendant SOAProjects, Inc. and defendant/counterclaimant MURDOCK MARTELL, INC., through their respective attorneys of record herein, that this entire action, including the complaint and the counter-claim, shall be DISMISSED WITH PREJUDICE as to all parties, each party to bear his or its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**DHILLON & SMITH LLP**

DATED:_____            _____
                                  HARMEET DHILLON
                                  Attorneys for Plaintiff and Counter-defendant


**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

DATED:_____            _____
                                  WARREN J. KRAUSS
                                  Attorneys for Defendant


**WINSTON & STRAWN LLP**

DATED: August 24, 2009           /s/ *Andrew P. Bridges*
                                  ANDREW P. BRIDGES
                                  Attorneys for Defendant and Counter-claimant


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____            _____
                                  HONORABLE SUSAN ILLSTON
                                  United States District/Magistrate Judge

1     I, Sigrid Irias, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2 concurrence to the filing of this document has been obtained from each signatory hereto.

_____
SIGRID IRIAS

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28